■ ROSE NOLAN, Respondent, v. NORTH HILLS GOLF CLUB, INC., Appellant.— In an action to recover damages for personal injury sustained by plaintiff who slipped and fell on a dance floor, the defendant appeals from a judgment of the Supreme Court, Queens County, entered March 6, 1963 after trial, upon a jury's verdict in the plaintiff's favor. Judgment reversed on the law and the facts, without costs, and complaint dismissed. Plaintiff was an invitee in attendance at a dinner dance held at the defendant club's building. Plaintiff testified that, as she was leaving the dance floor, her right foot slipped; she felt that her foot had hit something "like a bump"— a raised part "like a part of the wood had been warped." Another witness for plaintiff testified that she (the witness) could feel an elevation by rubbing her foot over it. There

was other testimony for plaintiff to the effect that the floor was slippery and that "a bump" was seen. Negligence cannot be predicated on slipperiness of the dance floor. Proof of the alleged bump was of such a vague character as to be insufficient to show the existence of any actionable defect. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.